# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HARRY LOUIS GREEN, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:17-cv-00266 |
| | ) REEVES/LEE |
| LARA WILLIAM, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND JUDGMENT ORDER

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, Susan K. Lee [R. 6]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that plaintiff's application to proceed *in forma pauperis* [R. 1] be denied. The court further agrees that the complaint fails to state a cause of action for which relief can be granted, and the complaint [R. 2] will be dismissed. The court notes that Mr. Green previously attempted to assert similar claims in another action filed in this district which has been dismissed for failure to state a claim. *See Green v. Knight, et al.*, 1:17-CV-227.

Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report

and Recommendation, which the Court adopts and incorporates into its ruling that plaintiff's application to proceed *in forma pauperis* [R. 1] is **DENIED.**

**IT IS FURTHER ORDERED** that the complaint [R.2] is dismissed for failure to state a claim for which relief can be granted.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**